UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BUENROSTRO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>J.F. SALAZAR, Warden,<br><br>　　　　Respondent. | No. EDCV 07-577 GHK (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing the First Amended Petition on the merits with prejudice.

DATED:　　9/18/11

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ 
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge