UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BUENROSTRO,<br><br>    Petitioner,<br><br>    v.<br><br>J.F. SALAZAR, Warden,<br><br>    Respondent. | No. EDCV 07-577 GHK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:    9/18/11

                                            GEORGE H. KING
                                   United States District Judge