UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BUENROSTRO,<br>　　　　Petitioner,<br>　v.<br>J.F. SALAZAR, Warden,<br>　　　　Respondent. | No. EDCV 07-577 GHK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 　9/18/11

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　United States District Judge